# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 2, 2020

160181 & (22)(23)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

MARVIN BELSER,
        Plaintiff-Appellant,

v

VONDA R. EVANS and DANIELLE
HAGAMAN-CLARK,
        Defendants-Appellees.

SC: 160181
COA: 349705
Court of Claims: 18-000149-MM

_____/

On order of the Court, the application for leave to appeal the August 6, 2019 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to appoint counsel and motion for superintending control are DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 2, 2020



Clerk

a1216